445 A.2d 213

Commonwealth v. Robert Kellerman.

Commonwealth v. Richard Kellerman.

Argued February 8, 1982.
Marc Rosenwasser, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

445 A.2d 213

Commonwealth v. McNeil, Appellant.

Submitted March 21, 1980. Darryl A. Irwin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.